Leo C. LONGELIN, Claimant– Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.

No. 02–7061.

United States Court of Appeals, Federal Circuit.

Oct. 22, 2004.

ORDER

Pursuant to the Court's letter dated September 27, 2004.

IT IS ORDERED THAT:

This appeal is dismissed.